# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00148-CV

---

### In re SummerMoon Holdings LLC

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator filed its petition for writ of mandamus and emergency motion for stay on February 10, 2026. On February 17, 2026, we granted the motion for stay. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The stay issued on February 17, 2026 is lifted.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump
  Dissenting Opinion by Justice Theofanis

Filed: May 8, 2026